IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01238-MJW

FLORENCE DAVIS,

Plaintiff,

v.

DENVER PUBLIC SCHOOLS (*aka* SCHOOL DISTRICT NO. 1 IN THE COUNTY OF DENVER AND STATE OF COLORADO),

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Motion to Vacate and Reset Scheduling Conference (Docket No. 8) is granted.  Accordingly, the Scheduling Conference set on August 26, 2015, at 9:00 a.m. is VACATED and RESET on September 2, 2015, at 9:30 a.m.  The proposed Scheduling Order shall be filed on or before August 19, 2015.

Date:   August 5, 2015