IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01238-WYD-MJW

FLORENCE DAVIS,

Plaintiff,

v.

DENVER PUBLIC SCHOOLS (*aka* SCHOOL DISTRICT NO. 1 IN THE COUNTY OF DENVER AND STATE OF COLORADO),

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion for Entry of Protective Order (docket no. 17) is GRANTED finding good cause shown. The written Protective Order (docket no. 17-1) is APPROVED and made an Order of Court.

Date: September 15, 2015