IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01238-WYD-MJW

FLORENCE DAVIS,

Plaintiff,

v.

DENVER PUBLIC SCHOOLS (*aka* SCHOOL DISTRICT NO. 1 IN THE COUNTY OF DENVER AND STATE OF COLORADO),

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the plaintiff's Unopposed Motion to Amend Scheduling Order (Docket No. 28) is granted. The Scheduling Order (Docket No. 16) is amended as follows. The deadline for Interrogatories, Requests for Production of Documents, and Requests for Admissions is now March 28, 2016; the discovery deadline is now April 27, 2016; and the dispositive motion deadline is now May 27, 2016.

Date:   December 21, 2015