IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01238-WYD-MJW

FLORENCE DAVIS,

Plaintiff,

v.

DENVER PUBLIC SCHOOLS (*aka* SCHOOL DISTRICT NO. 1 IN THE COUNTY OF DENVER AND STATE OF COLORADO),

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend Scheduling Order (Docket No. 31) is GRANTED for good cause shown. The Scheduling Order (Docket No. 16) is amended to extend: (1) the affirmative expert disclosure deadline to March 21, 2016; and (2) the rebuttal expert disclosure deadline to April 20, 2016.

Date:   February 2, 2016