# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE WILEY Y. DANIEL

| Courtroom Deputy: | Robert R. Keech | Date: | January 25, 2018 |
|---|---|---|---|
| E.C.R./Reporter: | Terri Lindblom | | |

Civil Action No: **15-cv-01238-WYD-MJW**     Counsel:

**FLORENCE DAVIS**,                          Brooke M. Copass
                                             Sharyn E. Dreyer
    Plaintiff,

v.

**DENVER PUBLIC SCHOOLS (aka**               Mary B. Gray
**SCHOOL DISTRICT NO. 1 IN THE**             Holly E. Ortiz
**COUNTY OF DENVER AND STATE OF**
**COLORADO)**,

    Defendant.

## COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**

**9:37 a.m.**     Court in Session

    APPEARANCES OF COUNSEL.

    Court's opening remarks.

    Defendant's Unopposed Motion to Present the Testimony of Jorge-Ayn Riley by Video Conference (Doc. No. 63), filed January 16, 2018, is raised for argument.

9:38 a.m.     Argument by Defendant by Ms. Gray.

9:38 a.m.     Argument by Plaintiff by Ms. Copass.

| | |
|---|---|
| **ORDERED:** | Defendant's Unopposed Motion to Present the Testimony of Jorge-Ayn Riley by Video Conference (Doc. No. 63), filed January 16, 2018, is **GRANTED.** |
| **ORDERED:** | Counsel shall contact the Court's Information Technology Department at 303-335-2020 to make arrangements for the video conference. |
| 9:41 a.m. | Discussion regarding jury instructions submitted by counsel and the fact that no agreement could be reached with regarding to a joint statement of the case jury instruction. |
| **ORDERED:** | Counsel shall meet and confer to reach an agreement on a joint statement of the case jury instruction and file it not later than **Monday, January 29, 2018.** |
| 9:49 a.m. | Discussion regarding exhibit lists. |
| **ORDERED:** | Counsel shall file list of defendant's exhibits, indicating which exhibits are stipulated, not later than **Monday, January 29, 2018.** |
| **ORDERED:** | Revised exhibit lists shall be filed not later than **Monday, January 29, 2018.** |
| 9:52 a.m. | Discussion regarding the length of the trial being approximately five days and the presentation of evidence on front-pay, back-pay, and lost employment benefits issues. |
| 9:59 a.m. | Discussion regarding liquidated damages and punitive damages. |
| 10:04 a.m. | Discussion regarding proposed voir dire submitted by Plaintiff. |
| **ORDERED:** | Each side will be allowed supplemental voir dire not to exceed fifteen (15) to twenty (20) minutes. |
| 10:13 a.m. | Discussion regarding protocol for a witness, Linda DeRose, who will be called by both parties. |
| 10:17 a.m. | Discussion regarding time limits for opening statements. |
| **ORDERED:** | Opening statements shall not exceed **thirty (30) minutes per side.** |
| **10:22 a.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:  :45**